UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUWANNEE CHINNAPONG,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SALLIE HENRY,<br><br>　　　　　　　　　　Defendant. | Case No.: 17cv1542-LAB (NLS)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; AND**<br><br>**ORDER OF REMAND** |

　　　　Defendant Sallie Henry removed this unlawful detainer case from the Superior Court of California for the County of San Diego, identifying federal question jurisdiction as the basis for removal. Henry also filed a motion to proceed in forma pauperis ("IFP").

　　　　This case is a duplicate of case 17cv1551, *Chinnapong v. Henry*. In that case, the Court issued an order denying Henry's motion to proceed IFP, and remanding the case for lack of jurisdiction. For the same reasons, Henry's IFP motion in this case is **DENIED** and this action is **REMANDED** to the Superior Court of California for the County of San Diego.

　　　　**IT IS SO ORDERED**.

Dated: August 7, 2017

　　　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1